UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **21-1719**

Case Title: **Julia Catlett, et al.** vs. **Heidi Washington, et al.**

List all clients you represent in this appeal:

**The Sikh Coalition**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Gordon D. Todd**   Signature: s/ **Gordon D. Todd**

Firm Name: **Sidley Austin LLP**

Business Address: **1510 K St NW.**

City/State/Zip: **Washington, DC 20005**

Telephone Number (Area Code): **(202) 736-8000**

Email Address: **gtodd@sidley.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17